Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN FARGHER,<br><br>    Defendant. | 2:21-CR-25-WFN<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 1703(a)<br>    Unlawfully Secrete and Detain Mail |

The Grand Jury charges:

Between on or about May 2019 and on or about April 24, 2020, in the Eastern District of Washington, the Defendant, KEVIN FARGHER, then being a Postal Service employee, did unlawfully secrete, detain, and delay an item of mail; to-wit: approximately 151 pieces of first class mail, 1 periodical, and 1,363 pieces of standard rate mail, entrusted to him and which had come into his possession, and

INDICTMENT – 1

which was intended to be conveyed by mail, and carried and delivered by the United States Postal Service, all in violation of 18 U.S.C. § 1703(a).

DATED this 16 day of March, 2021.

_____
Joseph H. Harrington
Acting United States Attorney


_____
Ann T. Wick
Assistant United States Attorney

INDICTMENT – 2