FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-00025-WFN-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| KEVIN FARGHER, | **MOTION GRANTED** **(ECF No. 16)** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 16**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to be allowed to travel outside the Eastern District of Washington for employment purposes.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 16,** is **GRANTED**. Standard condition #14 at **ECF No. 13** is modified to allow the Defendant to travel to northern Idaho for employment purposes with *prior* permission from United States Probation.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 16, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1